# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 23, 2013

147894

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

MARK ANTHONY-EDWARD KEMP,
    Defendant-Appellant.

SC: 147894
COA: 314330
Genesee CC: 11-029611-FC

_____/

On order of the Court, the application for leave to appeal the September 19, 2013 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 23, 2013



Clerk

t1216